BRADLEY S. PHILLIPS (SBN 85263)
brad.phillips@mto.com
HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

JESLYN A. MILLER (SBN 274701)
jeslyn.miller@mto.com
THANE M. REHN (SBN 296197)
thane.rehn@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
KAREN J. PETRULAKIS (SBN 168732)
karen.petrulakis@ucop.edu
MARGARET L. WU (SBN 184167)
margaret.wu@ucop.edu
ELISABETH C. YAP (SBN 284132)
elisabeth.yap@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for The Regents of the University of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually;<br>NICOLETTA COMMINS, individually;<br>ARYLE BUTLER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446 AND 20 U.S.C. § 1681** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant The Regents of the University of California ("Defendant") hereby removes the above-captioned matter, which was commenced as Case Number RG15775904 in the Superior Court of the State of California for the County of Alameda, to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of its Notice of Removal, Defendant states the following:

1. Plaintiffs Sofie Karasek, Nicoletta Commins, and Aryle Butler first served Defendant with a summons and a copy of the First Amended Complaint (the "Complaint") in this action on July 17, 2015. This removal petition is therefore timely under 28 U.S.C. § 1446(b).

2. Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this action under 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Defendant reserves the right to amend this Notice of Removal to assert additional bases for federal jurisdiction.

3. This matter arises under the laws of the United States because the Complaint's first cause of action alleges that Defendant violated Title IX of the United States Education Amendments of 1972, 20 U.S.C. §1681. Compl. ¶¶ 71–73.

4. The Complaint's second, third, and fourth causes of action are state-law claims that are related to the Complaint's first cause of action and form part of the same case or controversy, and this Court may exercise supplemental jurisdiction over those state-law causes of action. 28 U.S.C. §1367; *City of Chicago v. Int'l Coll. of Surgeons*, 522 U.S. 156, 165 (1997).

5. Removal to this judicial district and division is proper because they "embrac[e]" Alameda County, the "place where [this] action is pending." 28 U.S.C. § 1441(a).

6. Defendant is informed and believes that no defendant other than the named defendant has been joined or served in this action.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of California, County of Alameda, and will be

served on all parties. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

8. Attached to this Notice of Removal are true and correct copies of the process, pleadings, and other papers that have been served on Defendant in this action:

**Exhibit A**: Summons and First Amended Complaint

9. Defendant reserves the right to submit additional evidence and argument as needed to supplement this "short and plain statement of the grounds for removal." 28 U.S.C. § 1446(a); *see Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 858 (9th Cir. 2001).

BASED ON THE FOREGOING, Defendant hereby removes this action, now pending in the Superior Court of the State of California for the County of Alameda, Case Number RG15775904, to the United States District Court for the Northern District of California.

DATED: August 14, 2015

MUNGER, TOLLES & OLSON LLP
BRADLEY S. PHILLIPS
HAILYN J. CHEN
JESLYN A. MILLER
THANE M. REHN


By: _____/s/ Bradley S. Phillips_____
BRADLEY S. PHILLIPS
Attorneys for The Regents of the University of California