BRADLEY S. PHILLIPS (SBN 85263)
brad.phillips@mto.com
HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

JESLYN A. MILLER (SBN 274701)
jeslyn.miller@mto.com
THANE M. REHN (SBN 296197)
thane.rehn@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
KAREN J. PETRULAKIS (SBN 168732)
karen.petrulakis@ucop.edu
MARGARET L. WU (SBN 184167)
margaret.wu@ucop.edu
ELISABETH C. YAP (SBN 284132)
elisabeth.yap@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone:     (510) 987-9800
Facsimile:     (510) 987-9757

Attorneys for The Regents of the University of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually; NICOLETTA COMMINS, individually; ARYLE BUTLER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-03717-WHO<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Hon. William H. Orrick |

1   This stipulation is entered into by and among Plaintiffs Sofie Karasek, Nicoletta Commins,
2   and Aryle Butler and Defendant The Regents of the University of California, by and through their
3   respective counsel.
4   WHEREAS, on August 28, 2015, the Court scheduled a Case Management Conference for
5   November 10, 2015, with a joint case management statement due no less than seven days before
6   the Conference [Dkt. 12]; and
7   WHEREAS, at the time the Court scheduled the Case Management Conference,
8   Defendant's motion to dismiss Plaintiffs' First Amended Complaint was pending, and the hearing
9   on that motion was scheduled on September 30, 2015; and
10  WHEREAS, since that time, Plaintiffs filed a Second Amended Complaint [Dkt. 14] and
11  Defendant withdrew its motion to dismiss the First Amended Complaint and filed a motion to
12  dismiss the Second Amended Complaint [Dkt. 18]; and
13  WHEREAS, the hearing on Defendant's motion to dismiss the Second Amended
14  Complaint is now scheduled for November 3, the same day that the parties' joint case management
15  statement would be due under the existing schedule; and
16  WHEREAS, the parties have not previously sought any extensions of time in this matter;
17  and
18  WHEREAS, the parties agree that there is good cause for a continuance of the Case
19  Management Conference and the corresponding date for submission of a joint case management
20  statement, because a continuance will permit more efficient case management, will serve the
21  interests of judicial economy, and will conserve the resources of the parties and the Court;
22  NOW, THEREFORE, the parties stipulate and agree, by and through their respective
23  counsel, as follows:
24  1.   The Case Management Conference currently set for November 10, 2015, should
25  and may be taken off calendar and rescheduled for Tuesday, December 15, at 2:00 p.m., or another
26  date that is convenient for the Court, with a joint case management statement to be submitted no
27  later than seven days before the Case Management Conference.
28

-1-                                                                                    3:15-cv-03717-WHO
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**It is so stipulated.**

DATED: October 21, 2015     MUNGER, TOLLES & OLSON LLP
    BRADLEY S. PHILLIPS
    HAILYN J. CHEN
    JESLYN A. MILLER
    THANE M. REHN


By:    */s/ Bradley S. Phillips*
    BRADLEY S. PHILLIPS
Attorneys for Defendant

DATED: October 21, 2015     THE ZALKIN LAW FIRM
    IRWIN M. ZALKIN
    DEVIN M. STOREY
    ALEXANDER S. ZALKIN
    RYAN M. COHEN


By:    */s/ Alexander S. Zalkin*
    ALEXANDER S. ZALKIN
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 23, 2015     _____
    WILLIAM H. ORRICK
    UNITED STATES DISTRICT JUDGE