1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   SOFIE KARASEK, et al.,

    Plaintiffs,

8   v.

9   REGENTS OF THE UNIVERSITY OF
10  CALIFORNIA, THE,

11      Defendant.

Case No. 15-cv-03717-WHO

**ORDER PERMANENTLY SEALING DOCUMENT**

Re: Dkt. Nos. 20-3, 24

12   On October 19, 2015, the parties filed a stipulation and proposed order for an incorrectly

13  filed exhibit containing sensitive information (posted at Dkt. No. 20-3) to be "permanently

14  removed" from the docket. Dkt. No. 24. The Court cannot permanently remove a document that

15  has been posted on the docket. However, the document can be permanently sealed. Accordingly,

16  pursuant to the parties' stipulation, the document posted at Dkt. No. 20-3 shall remain SEALED.

17   **IT IS SO ORDERED**.

18  Dated: October 27, 2015



_____
WILLIAM H. ORRICK
United States District Judge