UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIE KARASEK, et al.,<br><br>  Plaintiffs,<br><br>   v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE,<br><br>  Defendant. | Case No. 15-cv-03717-WHO<br><br>**ORDER ON UNOPPOSED MOTION TO COMPEL AND STIPULATION FOR EXPEDITED HEARING DATE**<br><br>Re: Dkt. Nos. 50, 51 |

Plaintiffs' unopposed motion to compel is GRANTED. Defendant must produce all documents responsive to plaintiffs' request for production of documents, set one that are being withheld subject to the confidentiality provisions of the Family Educational Rights and Privacy Act ("FERPA"). These documents shall be designated as "Highly Confidential" pursuant to the Stipulated Interim Protective Order in order to preserve the privacy interests of any potentially affected students. Dkt. No. 47. The motion hearing set for March 23, 2016 is VACATED and the stipulation for expedited hearing date is DENIED AS MOOT.

**IT IS SO ORDERED**.

Dated: February 19, 2016



WILLIAM H. ORRICK
United States District Judge