IRWIN M. ZALKIN, ESQ. (#89957)
DEVIN M. STOREY, ESQ. (#234271)
ALEXANDER S. ZALKIN, ESQ. (#280813)
RYAN M. COHEN. ESQ, (#261313)
The Zalkin Law Firm, P.C.
12555 High Bluff Drive, Suite 301
San Diego, CA 92130
Tel:  858-259-3011
Fax: 858-259-3015
Email:  Irwin@zalkin.com
        dms@zalkin.com
        alex@zalkin.com
        ryan@zalkin.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually;<br>NICOLETTA COMMINS, individually;<br>ARYLE BUTLER, individually;<br><br>   Plaintiffs,<br><br>   vs.<br><br>THE REGENTS OF THE UNIVERSITY<br>OF CALIFORNIA, a public entity, and<br>DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No: 3:15-cv-03717-WHO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS; ORDER**<br><br>Place:  Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS**

Pursuant to Local Rule 6-1, the parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Third Amended Complaint ("TAC") in this Court on April 11, 2016;

WHEREAS, Defendant filed a Rule 12(b)(6) Motion to Dismiss Plaintffs' Third Amended Complaint ("Motion to Dismiss") on May 9, 2016;

WHEREAS, Plaintiffs' response to Defendant's Motion to Dismiss is due on May 23, 2016;

WHEREAS, the Parties have agreed that Plaintiffs may have an extension of 7 days to respond to Defendant's Motion to Dismiss, which would make Plaintiffs' response due on Tuesday, May 31, 2016;

WHEREAS, currently, Defendant's reply to Plaintiffs' response is due on May 31, 2016;

WHEREAS, Defendant's new deadline to reply to Plaintiffs' response to Defendant's Motion to Dismiss would be June 7, 2016;

WHEREAS, currently, the hearing date on Defendant's Motion to Dismiss is scheduled for June 15, 2016;

WHEREAS, if, given the new briefing schedule, the original hearing date is not convenient for the Court, the Court will move the hearing date to _____; and

WHEREAS, this stipulation will not alter any other date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED between Plaintiffs and Defendant, by and through their undersigned attorneys, that Plaintiff shall have a 7-day extension to respond to Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint, making Plaintiffs' response due on or before May 31, 2016.

| | |
|---|---|
| DATED: May 18, 2016 | MUNGER, TOLLES & OLSON LLP<br>BRADLEY S. PHILLIPS<br>HAILYN J. CHEN |
| | By:  /s/ Bradley S. Phillips<br>BRADLEY S. PHILLIPS<br>Attorneys for Defendant |
| DATED: May 18, 2016 | THE ZALKIN LAW FIRM, P.C.<br>IRWIN M. ZALKIN<br>DEVIN M. STOREY<br>ALEXANDER S. ZALKIN<br>RYAN M. COHEN |
| | By:   /s/ Alexander S. Zalkin<br>Alexander S. Zalkin<br>Attorneys for Plaintiffs |

## ORDER

Plaintiffs' new response to Defendant's Motion to Dismiss is due on Tuesday, May 31, 2016;

Defendant's new deadline to reply to Plaintiffs' response to Defendant's Motion to Dismiss is due on June 7, 2016;

The hearing date on Defendant's Motion to Dismiss remains June 15, 2016.

Dated:  May 24, 2016

_____
Hon. William H. Orrick
Judge of the United States District Court