IRWIN M. ZALKIN, ESQ. (#89957)
DEVIN M. STOREY, ESQ. (#234271)
ALEXANDER S. ZALKIN, ESQ. (#280813)
RYAN M. COHEN. ESQ, (#261313)
The Zalkin Law Firm, P.C.
12555 High Bluff Drive, Suite 301
San Diego, CA 92130
Tel:  858-259-3011
Fax: 858-259-3015
Email:  Irwin@zalkin.com
        dms@zalkin.com
        alex@zalkin.com
        ryan@zalkin.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually;<br>NICOLETTA COMMINS, individually;<br>ARYLE BUTLER, individually;<br><br>         Plaintiffs,<br><br>    vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No: 3:15-cv-03717-WHO<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFFS' FOURTH AMENDED COMPLAINT AND EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>Place:  Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

3:15-cv-03717-WHO                                                 1

**STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' FOURTH AMENDED COMPLAINT AND EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**

Pursuant to Local Rule 6-1, the parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Third Amended Complaint ("TAC") in this Court on April 11, 2016;

WHEREAS, Defendant filed a Rule 12(b)(6) Motion to Dismiss Plaintffs' Third Amended Complaint ("Motion to Dismiss") on May 9, 2016;

WHEREAS, on July 28, 2016, the Court granted Defendant's Motion to Dismiss with leave to amend;

WHEREAS, the Court granted Plaintiffs twenty days from the date of its order to file a Fourth Amended Complaint, making the deadline to file August 17, 2016;

WHEREAS, the Parties have agreed to allow Plaintiffs an additional twenty-five days to file their Fourth Amended Complaint, making the new deadline to file September 12, 2016;

WHEREAS, the Parties have also agreed to allow Defendant thirty days to respond to Plaintiffs' Fourth Amended Complaint, making the new deadline October 12, 2016;

WHEREAS, this stipulation will not alter any other date of any event or any deadline already fixed by Court order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3:15-cv-03717-WHO                                    2

1   IT IS HEREBY STIPULATED between Plaintiffs and Defendant, by and through their undersigned attorneys, that Plaintiffs shall have a twenty-five day extension to file their Fourth Amended Complaint and Defendant shall have thirty days to respond to Plaintiffs' Fourth Amended Complaint.

Respectfully submitted,

DATED: August 8, 2016                          MUNGER, TOLLES & OLSON LLP
                                               BRADLEY S. PHILLIPS
                                               HAILYN J. CHEN

                                        By:    /s/ Jeslyn A. Everitt
                                               Jeslyn A. Everitt
                                               Attorneys for Defendant


DATED: August 8, 2016                          THE ZALKIN LAW FIRM, P.C.
                                               IRWIN M. ZALKIN
                                               DEVIN M. STOREY
                                               ALEXANDER S. ZALKIN
                                               RYAN M. COHEN

                                        By:     /s/ Alexander S. Zalkin
                                               Alexander S. Zalkin
                                               Attorneys for Plaintiffs

3:15-cv-03717-WHO                           3

**STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' FOURTH AMENDED COMPLAINT AND EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**

# ~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED that Plaintiffs' new deadline to file their Fourth Amended Complaint is September 12, 2016 and Defendant's new deadline to respond to Plaintiffs' Fourth Amended Complaint is October 12, 2016.

Dated: August 9, 2016

By: _____
Hon. William H. Orrick
United States District Judge

3:15-cv-03717-WHO	4

**STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' FOURTH AMENDED COMPLAINT AND EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**