| | |
|---|---|
| BRADLEY S. PHILLIPS (SBN 85263)<br>brad.phillips@mto.com<br>HAILYN J. CHEN (SBN 237436)<br>hailyn.chen@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>JESLYN A. EVERITT (SBN 274701)<br>jeslyn.everitt@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 | CHARLES F. ROBINSON (SBN 113197)<br>charles.robinson@ucop.edu<br>KAREN J. PETRULAKIS (SBN 168732)<br>karen.petrulakis@ucop.edu<br>MARGARET L. WU (SBN 184167)<br>margaret.wu@ucop.edu<br>SONYA SANCHEZ (SBN 247541)<br>sonya.sanchez@ucop.edu<br>UNIVERSITY OF CALIFORNIA<br>Office of the General Counsel<br>1111 Franklin Street, 8th Floor<br>Oakland, CA 94607-5200<br>Telephone: (510) 987-9800<br>Facsimile: (510) 987-9757 |

Attorneys for The Regents of the University of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually;<br>NICOLETTA COMMINS, individually;<br>ARYLE BUTLER, individually,<br><br>        Plaintiffs,<br><br>   vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 4:15-cv-03717-WHO<br><br>**ORDER GRANTING <u>IN PART</u> DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO MAINTAIN UNDER SEAL PERSONALLY IDENTIFIABLE INFORMATION IN EXHIBITS B, C, AND E TO THE DECLARATION OF HALLIE HUNT**<br><br>Judge: Hon. William H. Orrick<br>Ctrm: 2 |

| | |
|---|---|
| 1 | Having considered Defendant's Unopposed Administrative Motion to Maintain Under Seal |
| 2 | Personally Identifiable Information in Exhibits B, C, and E to the Declaration of Hallie Hunt |
| 3 | ("Motion to File Under Seal") and all papers filed in support thereof, |
| 4 | IT IS HEREBY ORDERED that the Motion to File Under Seal is GRANTED IN PART |
| 5 | and DENIED IN PART. The following documents should be maintained under seal, and refiled |
| 6 | with the students' addresses redacted: |
| 7 | • Exhibit B to the Declaration of Hallie Hunt (Dkt. No. 58-7) |
| 8 | • Exhibit C to the Declaration of Hallie Hunt (Dkt. No. 58-7) |
| 9 | • Exhibit E to the Declaration of Hallie Hunt (Dkt. No. 64-8) |
| 10 | However, based on the current record, John Doe 2's name should not be redacted. John |
| 11 | Does 2's identity is public information. *See, e.g.,* http://www.sfgate.com/bayarea/ article/3- |
| 12 | women-sue-UC-Berkeley-alleging-sex-assault-6356471.php. As in its original sealing request, the |
| 13 | University "cit[es] no authority indicating that FERPA in and of itself establishes compelling |
| 14 | reasons for sealing judicial records." Order on Motion to Dismiss Third Amended Complaint at |
| 15 | 28 n.8 (Dkt. No. 77). Nor does it identify any other basis for finding compelling reasons to seal |
| 16 | John Doe 2's identity here despite that information being public. |
| 17 | Accordingly, within 7 days of the date of this Order, the University shall either |
| 18 | (1) file an amended sealing request establishing compelling reasons to seal John Doe 2's |
| 19 | name; or |
| 20 | (2) file versions of the documents with only the students' addresses redacted. |
| 21 | All other documents submitted under seal in conjunction with the parties' motion to |
| 22 | dismiss briefing are UNSEALED. |
| 23 | **IT IS SO ORDERED.** |
| 24 | |
| 25 | DATED: September 2, 2016 |
| 26 | WILLIAM H. ORRICK<br>UNITED STATES DISTRICT JUDGE |