BRADLEY S. PHILLIPS (SBN 85263)
brad.phillips@mto.com
HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

JESLYN A. EVERITT (SBN 274701)
jeslyn.everitt@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
KAREN J. PETRULAKIS (SBN 168732)
karen.petrulakis@ucop.edu
MARGARET L. WU (SBN 184167)
margaret.wu@ucop.edu
SONYA SANCHEZ (SBN 247541)
sonya.sanchez@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone:   (510) 987-9800
Facsimile:   (510) 987-9757

Attorneys for The Regents of the University of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually; NICOLETTA COMMINS, individually; ARYLE BUTLER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-03717-WHO<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO REFILE EXHIBITS B, C, AND E TO THE DECLARATION OF HALLIE HUNT**<br><br>Judge:   Hon. William H. Orrick<br>Ctrm:    2 |

1  Having considered Defendant's Motion to Extend Time to Refile Exhibits B, C, and E to
2  the Declaration of Hallie Hunt,
3  IT IS HEREBY ORDERED that the Motion to Extend Time to Refile is GRANTED.
4  Defendant shall have thirty days, or until October 11, 2016, to refile the following documents with
5  the students' addresses redacted:
6  • Exhibit B to the Declaration of Hallie Hunt (Dkt. No. 58-7)
7  • Exhibit C to the Declaration of Hallie Hunt (Dkt. No. 58-7)
8  • Exhibit E to the Declaration of Hallie Hunt (Dkt. No. 64-8)
9  This extension will enable Defendant to notify John Doe 2 of the court order requiring the
10 public disclosure of personally identifiable information in his education records.

12 **It is so ordered.**

15 DATED: September 12, 2016
16 WILLIAM H. ORRICK
   UNITED STATES DISTRICT JUDGE