IRWIN M. ZALKIN, ESQ. (SBN 89957)
DEVIN M. STOREY, ESQ. (SBN 234271)
ALEXANDER S. ZALKIN, ESQ. (SBN 280813)
RYAN M. COHEN, ESQ, (SBN 261313)
The Zalkin Law Firm, P.C.
12555 High Bluff Drive, Suite 301
San Diego, CA 92130
Tel:  858-259-3011
Fax: 858-259-3015
Email: irwin@zalkin.com
       dms@zalkin.com
       alex@zalkin.com
       ryan@zalkin.com

Attorneys for Plaintiffs

BRADLEY S. PHILLIPS (SBN 85263)
brad.phillips@mto.com
HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
SARA N. TAYLOR (SBN 288573)
sara.taylor@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

JESLYN A. EVERITT (SBN 274701)
jeslyn.everitt@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

CHARLES F. ROBINSON (SBN 113197)
charles.robinson@ucop.edu
KAREN J. PETRULAKIS (SBN 168732)
karen.petrulakis@ucop.edu
MARGARET L. WU (SBN 184167)
margaret.wu@ucop.edu
SONYA SANCHEZ (SBN 247541)
sonya.sanchez@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone:     (510) 987-9800
Facsimile:     (510) 987-9757

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually; NICOLETTA COMMINS, individually; ARYLE BUTLER, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 3:15-cv-03717-WHO <br><br> **STIPULATION AND ORDER TO CONTINUE THE PRETRIAL SCHEDULE** <br><br> Judge:   Hon. William H. Orrick |

-1-
STIPULATION AND ORDER TO CONTINUE THE PRETRIAL SCHEDULE

Pursuant to Local Rule 6-2, the parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court set the below pretrial schedule at the Case Management Conference on July 5, 2016 (Dkt. No. 72);

WHEREAS, thereafter on July 28, 2016, the Court dismissed Plaintiffs Sofie Karasek's and Nicoletta Commins's claims in the Third Amended Complaint with leave to amend (Dkt. No. 77);

WHEREAS, Plaintiffs filed their Fourth Amended Complaint on September 1, 2016 (Dkt. No. 83), Defendant moved to dismiss Plaintiffs Karasek's and Commins's claims on October 3, 2016 (Dkt. No. 87), and the Court granted the motion to dismiss without leave to amend on December 22, 2016 (Dkt. No. 96);

WHEREAS, the Parties did not anticipate the additional round of motion to dismiss briefing when they proposed the pretrial schedule that was adopted by the Court (*see* Dkt. No. 69);

WHEREAS, the discovery cut-off (March 10, 2017) and other pretrial deadlines do not provide adequate time for the Parties to respond to written discovery requests, produce and review documents, serve third party subpoenas, conduct depositions, attempt mediation, and engage in other discovery efforts necessary for the development of their respective cases;

WHEREAS, these pretrial deadlines have not been previously modified;

WHEREAS, a six-month extension of the pretrial deadlines would enable the parties to take the necessary discovery.

IT IS HEREBY STIPULATED between Plaintiffs and Defendant, by and through their undersigned attorneys, that the pretrial dates shall be extended by approximately 6 months as follows:

| Event | Current Date | Stipulated Date |
|---|---|---|
| Fact discovery cutoff | March 10, 2017 | September 8, 2017 |
| Expect disclosure | April 28, 2017 | October 20, 2017 |
| Expert rebuttal | May 26, 2017 | November 17, 2017 |
| Expert discovery cutoff | June 30, 2017 | January 4, 2018 |
| Dispositive motions heard by | September 6, 2017 | March 7, 2018 |
| Pretrial Conference | November 13, 2017 at 2:00pm | May 14, 2018 at 2:00pm |
| Trial | December 11, 2017 at 8:30am | June 11, 2018 at 2:00pm |

Respectfully submitted,

DATED: February 21, 2017  MUNGER, TOLLES & OLSON LLP
BRADLEY S. PHILLIPS
HAILYN J. CHEN
JESLYN A. EVERITT
SARA N. TAYLOR


By: ___*/s/ Jeslyn A. Everitt*___
JESLYN A. EVERITT
Attorneys for Defendant


DATED: February 21, 2017  THE ZALKIN LAW FIRM
IRWIN M. ZALKIN
DEVIN M. STOREY
ALEXANDER S. ZALKIN
RYAN M. COHEN


By: ___*/s/ Alexander S. Zalkin*___
ALEXANDER S. ZALKIN
Attorneys for Plaintiffs


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED with the modification that the trial will commence at 8:30 a.m. on **June 4, 2018**.

Dated: February 23, 2017

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

**ATTESTATION CLAUSE**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above signatories.

Dated: February 21, 2017 By:    */s/ Jeslyn A. Everitt*
                                                                   Jeslyn A. Everitt
                                                        Attorneys for Defendant