| | |
|---|---|
| IRWIN M. ZALKIN, ESQ. (SBN 89957)<br>DEVIN M. STOREY, ESQ. (SBN 234271)<br>ALEXANDER S. ZALKIN, ESQ. (SBN 280813)<br>RYAN M. COHEN, ESQ, (SBN 261313)<br>The Zalkin Law Firm, P.C.<br>12555 High Bluff Drive, Suite 301<br>San Diego, CA 92130<br>Tel: 858-259-3011<br>Fax: 858-259-3015<br>Email: irwin@zalkin.com<br>       dms@zalkin.com<br>       alex@zalkin.com<br>       ryan@zalkin.com<br><br>Attorneys for Plaintiffs | BRADLEY S. PHILLIPS (SBN 85263)<br>brad.phillips@mto.com<br>HAILYN J. CHEN (SBN 237436)<br>hailyn.chen@mto.com<br>SARA N. TAYLOR (SBN 288573)<br>sara.taylor@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>JESLYN A. EVERITT (SBN 274701)<br>jeslyn.everitt@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>CHARLES F. ROBINSON (SBN 113197)<br>charles.robinson@ucop.edu<br>MARGARET L. WU (SBN 184167)<br>margaret.wu@ucop.edu<br>SONYA SANCHEZ (SBN 247541)<br>sonya.sanchez@ucop.edu<br>UNIVERSITY OF CALIFORNIA<br>Office of the General Counsel<br>1111 Franklin Street, 8th Floor<br>Oakland, CA 94607-5200<br>Telephone: (510) 987-9800<br>Facsimile: (510) 987-9757<br><br>Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually;<br>NICOLETTA COMMINS, individually;<br>ARYLE BUTLER, individually,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:15-cv-03717-WHO<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND CONTINUE THE PRETRIAL SCHEDULE**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Local Rule 6-2, the parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Fourth Amended Complaint on September 1, 2016 (Dkt. No. 83), Defendant moved to dismiss Plaintiffs Karasek's and Commins's claims on October 3, 2016 (Dkt. No. 87), and the Court granted the motion to dismiss without leave to amend on December 22, 2016 (Dkt. No. 96);

WHEREAS, on February 23, 2017, this Court ordered the below pretrial schedule (Dkt. No. 103);

WHEREAS, the parties met and conferred regarding ADR and agreed to engage in private mediation by June 30, 2017, and the Court subsequently ordered mediation by this date (Dkt. No. 104);

WHEREAS, the parties scheduled a mediation with Michael Moorhead of Judicate West to occur on June 30, 2017;

WHEREAS, in late June 2017, Mr. Moorhead's office informed the parties that he would need to postpone the mediation until September 2017 due to medical reasons;

WHEREAS, the parties are in the process of determining an alternate date in September 2017 for the mediation with Mr. Moorhead;

WHEREAS, these pretrial deadlines were previously modified once by the stipulation and order entered on February 23, 2017 (Dkt. No. 23); and

WHEREAS, a stay of discovery and four-month extension of the pretrial deadlines would enable the parties participate in Private ADR with the agreed upon mediator.

IT IS HEREBY STIPULATED between Plaintiffs and Defendant, by and through their undersigned attorneys, that the pretrial dates shall be extended by approximately 4 months as follows, and all discovery shall be stayed through and until mediation in this case:

| Event | Current Date | Stipulated Date |
| --- | --- | --- |
| Private ADR deadline | June 30, 2017 | October 30, 2017 |
| Fact discovery cutoff | September 8, 2017 | January 8, 2018 |
| Expect disclosure | October 20, 2017 | February 20, 2018 |

| | | |
|---|---|---|
| Expert rebuttal | November 17, 2017 | March 16, 2018 |
| Expert discovery cutoff | January 4, 2018 | May 4, 2018 |
| Dispositive motions heard by | March 7, 2018 | July 13, 2018 |
| Pretrial Conference | May 14, 2018 at 2:00pm | September 17, 2018, at 2:00pm |
| Trial | June 4, 2018 at 8:30am | October 8, 2018, at 8:30am |

Respectfully submitted,

DATED: June 28, 2017

MUNGER, TOLLES & OLSON LLP
    BRADLEY S. PHILLIPS
    HAILYN J. CHEN
    JESLYN A. EVERITT
    SARA N. TAYLOR

By:    */s/ Jeslyn A. Everitt*
    JESLYN A. EVERITT
Attorneys for Defendant

DATED: June 28, 2017

THE ZALKIN LAW FIRM
    IRWIN M. ZALKIN
    DEVIN M. STOREY
    ALEXANDER S. ZALKIN
    RYAN M. COHEN

By:    */s/ Alexander S. Zalkin*
    ALEXANDER S. ZALKIN
Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, as modified below:
Trial Date: November 13, 2018 at 8:30 a.m.

Dated: June 30, 2017

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

## ATTESTATION CLAUSE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above signatories.

Dated: June 28, 2017                              By:     */s/ Jeslyn A. Everitt*
                                                              Jeslyn A. Everitt
                                                             Attorneys for Defendant