1  IRWIN M. ZALKIN, ESQ. (SBN 89957)
   DEVIN M. STOREY, ESQ. (SBN 234271)
2  ALEXANDER S. ZALKIN, ESQ. (SBN 280813)
   RYAN M. COHEN, ESQ, (SBN 261313)
3  The Zalkin Law Firm, P.C.
   12555 High Bluff Drive, Suite 301
4  San Diego, CA 92130
   Tel:  858-259-3011
5  Fax: 858-259-3015
   Email: irwin@zalkin.com
6          dms@zalkin.com
           alex@zalkin.com
7          ryan@zalkin.com

8  Attorneys for Plaintiffs

   BRADLEY S. PHILLIPS (SBN 85263)
   brad.phillips@mto.com
   HAILYN J. CHEN (SBN 237436)
   hailyn.chen@mto.com
   SARA N. TAYLOR (SBN 288573)
   sara.taylor@mto.com
   MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
   Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702

   JESLYN A. EVERITT (SBN 274701)
   jeslyn.everitt@mto.com
   MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
   San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077

   CHARLES F. ROBINSON (SBN 113197)
   charles.robinson@ucop.edu
   MARGARET L. WU (SBN 184167)
   margaret.wu@ucop.edu
   SONYA SANCHEZ (SBN 247541)
   sonya.sanchez@ucop.edu
   UNIVERSITY OF CALIFORNIA
   Office of the General Counsel
   1111 Franklin Street, 8th Floor
   Oakland, CA  94607-5200
   Telephone:    (510) 987-9800
   Facsimile:    (510) 987-9757

   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually; NICOLETTA COMMINS, individually; ARYLE BUTLER, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 3:15-cv-03717-WHO <br><br> **STIPULATION AND ORDER TO EXTEND MOTION FOR SUMMARY JUDGEMENT OPPOSITION AND REPLY DATE** <br><br> Judge:    Hon. William H. Orrick |

-1-

**STIPULATION AND [PROPOSED ORDER] TO EXTEND MOTION FOR SUMMARY JUDGEMENT OPPOSITION AND REPLY DATE**

1     Pursuant to Local Rule 6-2, the parties to the above entitled action, by and through their

2  respective counsel of record, hereby stipulate as follows:

3     WHEREAS, Plaintiffs filed their Fourth Amended Complaint on September 1, 2016 (Dkt.

4  No. 83);

5     WHEREAS, the Parties have completed fact discovery;

6     WHEREAS, Defendant filed a Motion for Summary Judgment ("MSJ") on February 7,

7  2018 (Dkt. No. 114);

8     WHEREAS, Plaintiff's response to Defendant's MSJ is due on February 21, 2018;

9     WHEREAS, Defendant's Reply is due on February 28, 2018;

10    WHEREAS, the hearing on Defendant's MSJ is scheduled for March 28, 2018;

11    WHEREAS, to accommodate Plaintiff's counsel's and Defendant's counsel's work and

12 upcoming vacation schedules, the Parties have agreed to amend the due dates for Plaintiff's

13 response and Defendant's reply as follows:

14    • Plaintiff's response due date extended from February 21, 2018 to February 28, 2018

15    • Defendant's reply due date extended from February, 28, 2018 to March 21, 2018;

16    WHEREAS, the proposed new dates would not affect any other deadlines set by this

17 Court.

18    IT IS HEREBY STIPULATED between Plaintiffs and Defendant, by and through their

19 undersigned attorneys, that Plaintiff's response to Defendant's MSJ is due on February 28, 2018

20 and Defendant's reply is due on March 21, 2018.

21    Respectfully submitted,

22

23 DATED: February 16, 2018          THE ZALKIN LAW FIRM
                                     IRWIN M. ZALKIN
                                     DEVIN M. STOREY
24                                   ALEXANDER S. ZALKIN
                                     RYAN M. COHEN
25

26

27                          By:    */s/ Alexander S. Zalkin*
                                     ALEXANDER S. ZALKIN
                                     Attorneys for Plaintiffs
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE PRETRIAL SCHEDULE

1    DATED: February 16, 2018        MUNGER, TOLLES & OLSON LLP
                                              BRADLEY S. PHILLIPS
2                                             HAILYN J. CHEN
                                              JESLYN A. EVERITT
3                                             SARA N. TAYLOR

4                                    By:    */s/ Jeslyn A. Everitt*
                                              JESLYN A. EVERITT
5                                             Attorneys for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE PRETRIAL SCHEDULE

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED,

3

4

5   Dated:  February 23, 2018

WILLIAM H. ORRICK
6                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE PRETRIAL SCHEDULE