IRWIN M. ZALKIN, ESQ. (#89957)
DEVIN M. STOREY, ESQ. (#234271)
ALEXANDER S. ZALKIN, ESQ. (#280813)
RYAN M. COHEN, ESQ, (#261313)
The Zalkin Law Firm, P.C.
10590 West Ocean Air Drive, Suite 125
San Diego, CA 92130
Tel:  858-259-3011
Fax: 858-259-3015
Email:  irwin@zalkin.com
        dms@zalkin.com
        alex@zalkin.com
        ryan@zalkin.com

Attorneys for Plaintiffs

HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
JOHN B. MAJOR (SBN 306416)
john.major@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

JEROME MAYER-CANTÚ (SBN 291623)
jerome.mayer-cantu@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for The Regents of the
University of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually; <br> NICOLLETTA COMMINS, individually; <br> ARYLE BUTLER, individually; <br><br> Plaintiffs, <br><br> vs. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No: 3:15-cv-03717-WHO <br><br> **STIPULATION REGARDING PLAINTIFFS' DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S DEADLINE TO FILE REPLY TO PLAINTIFFS' OPPOSITION** <br><br> Judge: Hon. William H. Orrick |

3:15-cv-03717-WHO

**STIPULATION REGARDING PLAINTIFFS' DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S DEADLINE TO FILE REPLY TO PLAINTIFFS' OPPOSITION**

# STIPULATION

WHEREAS, Plaintiffs filed their Sixth Amended Complaint on December 2, 2020, Dkt. 151;

WHEREAS, Defendant filed a Motion to Dismiss the Sixth Amended Complaint as to Ms. Commins' claim on January 11, 2021, Dkt. 156;

WHEREAS, Plaintiffs' current deadline to file a response to Defendant's Motion to Dismiss the Sixth Amended Complaint is January 25, 2021;

WHEREAS, Defendant's current deadline to file a reply to Plaintiffs' response is February 1, 2021;

WHEREAS, due to pre-existing commitments for both Plaintiffs' and Defendant's counsel, the parties have met and conferred regarding the aforementioned deadlines and have agreed, pending this Court's approval, to adjust the deadlines as follows:

1. Plaintiffs' deadline to file a response to Defendant's Motion to Dismiss shall be extended up to and including February 8, 2021;

2. Defendant's deadline to file a reply to Plaintiffs' response shall be extended up to and including February 24, 2021;

WHEREAS, the Parties have entered into one stipulation thus far extending the time for Defendant to respond to Plaintiffs' Sixth Amended Complaint, Dkt. 152;

WHEREAS, these requested extensions will have no effect on any deadlines already fixed by this Court in its minute entry at Dkt. 155;

WHEREAS, the hearing on Defendant's Motion to Dismiss is currently scheduled for February 17, 2021;

3:15-cv-03717-WHO

**STIPULATION REGARDING PLAINTIFFS' DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S DEADLINE TO FILE REPLY TO PLAINTIFFS' OPPOSITION**

WHEREAS, the Parties agree to move the hearing date on Defendant's Motion to Dismiss to March 10, 2021, or another time more convenient for the Court.

NOW THEREFORE, Plaintiffs' and Defendant's counsel respectfully request that this Court enter an order extending Plaintiffs' deadline to respond to Defendant's Motion to Dismiss up to and including February 8, 2021 and Defendant's deadline to reply to Plaintiffs' response up to and including February 24, 2021.

Date: January 19, 2021                                THE ZALKIN LAW FIRM, P.C.

                                                By:   /s/ Alexander S. Zalkin
                                                      Alexander S. Zalkin
                                                      Attorney for Plaintiffs

Date: January 19, 2021                                MUNGER, TOLLES & OLSON LLP

                                                By:   /s/ John B. Major
                                                      John B. Major
                                                      Attorney for Defendant

## ORDER

Pursuant to the Stipulation, Plaintiffs' response to Defendant's Motion to Dismiss is due on February 8, 2021;

Defendant's reply to Plaintiffs' response to Defendant's Motion to Dismiss is due on February 24, 2021;

The new hearing date on Defendant's Motion to Dismiss is   3/10/2021  .

Dated:  1/21/2021                                     _____
                                                      Hon. William H. Orrick
                                                      Judge of the United States District Court

3:15-cv-03717-WHO

**STIPULATION REGARDING PLAINTIFFS' DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S DEADLINE TO FILE REPLY TO PLAINTIFFS' OPPOSITION**