| | |
|---|---|
| IRWIN M. ZALKIN (SBN 89957) | HAILYN J. CHEN (SBN 237436) |
| irwin@zalkin.com | hailyn.chen@mto.com |
| DEVIN M. STOREY (SBN 234271) | JOHN B. MAJOR (SBN 306416) |
| dms@zalkin.com | john.major@mto.com |
| ALEXANDER S. ZALKIN (SBN 280813) | ELIZABETH S.P. DOUGLAS (SBN 331031) |
| alex@zalkin.com | elizabeth.douglas@mto.com |
| RYAN M. COHEN (SBN 261313) | MUNGER, TOLLES & OLSON LLP |
| ryan@zalkin.com | 350 South Grand Avenue, Fiftieth Floor |
| ALFREDO VILLEGAS (SBN 331175) | Los Angeles, CA 90071 |
| alfredo@zalkin.com | Telephone:   (213) 683-9100 |
| DANIELLA SCHNEIDER (*pro hac vice*) | Facsimile:   (213) 687-3702 |
| daniella@zalkin.com | |
| The Zalkin Law Firm, P.C. | JONATHAN D. MILLER (SBN 220848) |
| 1590 W. Ocean Air Dr., Ste. 125 | jonathan@nshmlaw.com |
| San Diego, CA 92130 | ALISON M. BERNAL (SBN 264629) |
| Telephone:   (858) 259-3011 | alison@nshmlaw.com |
| Facsimile:   (858) 259-3015 | NYE, STIRLING, HALE & MILLER LLP |
| | 33 West Mission Street, Suite 201 |
| Attorneys for Plaintiffs | Santa Barbara, CA 93101 |
| | Telephone:   (805) 963-2345 |
| | Facsimile:   (805) 284-9590 |
| | |
| | JEROME MAYER-CANTÚ (SBN 291623) |
| | jerome.mayer-cantu@ucop.edu |
| | UNIVERSITY OF CALIFORNIA |
| | Office of the General Counsel |
| | 1111 Franklin Street, 8th Floor |
| | Oakland, CA 94607 |
| | Telephone:   (510) 987-9800 |
| | Facsimile:   (510) 987-9757 |
| | |
| | Attorneys for The Regents of the University of California |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually; NICOLETTA COMMINS, individually; ARYLE BUTLER, individually, <br><br>           Plaintiffs, <br><br>      vs. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive, <br><br>           Defendants. | Case No. 3:15-cv-03717-WHO <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date:   January 11, 2022 <br> Time:   2:00 p.m. <br> Place:   Courtroom 2, 17th Floor <br> Judge:   Hon. William H. Orrick |

Pursuant to Local Rule 16-10(d), counsel for Plaintiffs Sofie Karasek and Nicoletta Commins and counsel for Defendant The Regents of the University of California (the "University") submit this Joint Case Management Statement in advance of the January 11, 2022 status conference.

## 1. Update Since Last Joint Case Management Statement

Since the parties' last joint case management statement, filed on October 12, 2021, the parties have continued discovery into both Ms. Karasek's and Ms. Commins's claims and the University's defenses. Document production in response to written discovery is ongoing. The University has taken the deposition of Ms. Karasek, and will take the deposition of Ms. Commins on January 27, 2022. The University may elect to conduct defense medical examinations of both Ms. Karasek and Ms. Commins. The parties also anticipate developing expert testimony relating to damages and other relevant issues.

The University anticipates filing a motion for summary judgment after some or all discovery has been completed. The parties also anticipate making discovery motions should the need arise during the course of discovery, in addition to any necessary pre-trial motions. Further, to the extent that both Ms. Karasek's and Ms. Commins's claims proceed to trial, the University may also move to sever their claims for purposes of trial, in light of the high likelihood that evidence relating to each of their claims may be irrelevant and highly prejudicial with respect to the other's claim.

## 2. Settlement and ADR

The parties mediated Ms. Karasek's claim on December 7, 2021. Although the parties did not reach a mediated resolution on that date, both parties remain open to settlement of Ms. Karasek's claim, and settlement discussions are ongoing. The parties have a scheduled mediation of Ms. Commins's claim on February 24, 2022.

| | | |
|---|---|---|
| 1 | DATED: January 4, 2022 | MUNGER, TOLLES & OLSON LLP |
| 2 | | By: ___*/s/ Elizabeth Douglas*___ |
| 3 | | ELIZABETH S.P. DOUGLAS |
| | | Attorney for Defendant |
| 4 | | The Regents of the University of California |
| 6 | DATED: January 4, 2022 | THE ZALKIN LAW FIRM |
| 7 | | By: ___*/s/ Alexander Zalkin*___ |
| | | ALEXANDER S. ZALKIN |
| 8 | | Attorney for Plaintiffs |

**FILER'S ATTESTATION**

I, Elizabeth S.P. Douglas, am the ECF user whose identification and password are being used to file this Joint Case Management Statement. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

DATED: January 4, 2022

By: */s/ Elizabeth Douglas*
ELIZABETH S.P. DOUGLAS
Attorney for Defendant
The Regents of the University of California