IRWIN M. ZALKIN, ESQ. (#89957)
DEVIN M. STOREY, ESQ. (#234271)
ALEXANDER S. ZALKIN, ESQ. (#280813)
RYAN M. COHEN, ESQ, (#261313)
The Zalkin Law Firm, P.C.
10590 West Ocean Air Drive, Suite 125
San Diego, CA 92130
Tel:  858-259-3011
Fax: 858-259-3015
Email:  irwin@zalkin.com
        dms@zalkin.com
        alex@zalkin.com
        ryan@zalkin.com

Attorneys for Plaintiffs

HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
JOHN B. MAJOR (SBN 306416)
john.major@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

JEROME MAYER-CANTÚ (SBN 291623)
jerome.mayer-cantu@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607
Telephone: (510) 987-9800
Facsimile: (510) 987-9757

Attorneys for The Regents of the
University of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually;<br>NICOLLETTA COMMINS, individually;<br>ARYLE BUTLER, individually;<br><br>           Plaintiffs,<br><br>     vs.<br><br>THE REGENTS OF THE UNIVERSITY<br>OF CALIFORNIA, a public entity, and<br>DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No: 3:15-cv-03717-WHO<br><br>**JOINT STIPULATION FOR<br>DISMISSAL WITH PREJUDICE**<br><br><br><br><br>Judge: Hon. William H. Orrick |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs Sofie Karasek and Nicoletta Commins ("Settling Plaintiffs"), and Defendant Regents of the University of California, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of the Settling Plaintiffs' respective actions with each party to bear its own attorney's fees and costs.

Date: July 1, 2022                              THE ZALKIN LAW FIRM, P.C.

                                                By:    /s/ Alexander S. Zalkin
                                                       Alexander S. Zalkin
                                                       Attorney for Plaintiffs

Date: July 1, 2022                              MUNGER, TOLLES & OLSON LLP

                                                By:    /s/ Hailyn Chen
                                                       Hailyn Chen
                                                       Attorney for Defendant

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**Signature Attestation**

Pursuant to Local Rule 5-1(i)(3), I, Alexander S. Zalkin, hereby attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

Dated: July 1, 2022　　　　　　　　　　By:　/s/ Alexander S. Zalkin
　　　　　　　　　　　　　　　　　　　　　　Alexander S. Zalkin
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**