UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually;<br>NICOLLETTA COMMINS, individually;<br>ARYLE BUTLER, individually;<br><br>Plaintiffs,<br><br>vs.<br><br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-03717-WHO<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Judge: Hon. William H. Orrick |

**1**
**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Stipulation for Dismissal with Prejudice submitted by Plaintiffs Sofie Karasek and Nicoletta Commins and Defendant Regents of the University of California, Plaintiffs Karasek's and Commins's Complaints and all Claims are dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 5, 2022



_____
Hon. William H. Orrick
Judge of the United States District Court