# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFIE KARASEK, individually; NICOLLETTA COMMINS, individually; ARYLE BUTLER, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-03717-WHO<br><br>[PROPOSED] JUDGMENT IN A CIVIL CASE<br><br>Judge: Hon. William H. Orrick |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss Aryle Butler's Fifth Amended Complaint, judgment is entered accordingly.

Dated: July 5, 2022

_____

William H. Orrick

United States District Judge

IT IS SO ORDERED.

Dated: _____         _____
                                 Hon. William H. Orrick
                                 Judge of the United States District Court